UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARRISON,

        Plaintiff,

Case No. 1:08-cv-541

Hon. Robert J. Jonker

vs.

UNKNOWN BUTLER, *et al.*,

        Defendants.

_____/

## ORDER

This matter is now before the court on plaintiff's motion for immediate consideration of his ex parte "Rule 65 motion for temporary restraining order and preliminary injunction" (docket no. 6).  Upon due consideration, plaintiff's motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  August 29, 2008

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge